## MASSEY *v.* CLEVELAND.

HILL, J. Exception was taken in this case to the first grant of a new trial. From a careful review of the case it can not be said that the judge abused his discretion and that the verdict was required. Civil Code, § 6204.          *Judgment affirmed.   All the Justices concur.*
JUNE 10, 1914.

Ejectment. Before Judge Gilbert. Muscogee superior court. July 2, 1913.

*Love & Fort* and *Battle & Hollis,* for plaintiff in error.
*Henry C. Cameron,* contra.